UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY A. MARTIN,

    Plaintiff,

                                                                      Case No. 12-14773

v.

                                                                      Paul D. Borman
                                                                      United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                                   Michael Hluchaniuk
                                                                       United States Magistrate Judge

    Defendant.
_____/

# OPINION AND ORDER
## (1)ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT INSOFAR AS IT SEEKS TO REMAND THIS MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS(Dkt. No. 17); AND (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 22)

Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation on Cross-Motions for Summary Judgment. (Dkt. No. 25).

Having throughly reviewed that Report and Recommendation, the parties' cross-motions for summary judgment and the record as a whole, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 25), **GRANTS** Plaintiff's Motion for Summary Judgment (Dkt. No. 17) insofar as it seeks to remand pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings, and

**DENIES** Defendant's Motion for Summary Judgment (Dkt. No. 22).  This Order closes the case in this Court at this time.

**IT IS SO ORDERED.**

                                                  s/Paul D. Borman  
                                                  PAUL D. BORMAN  
                                                  UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2014

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 18, 2014.

                                                  s/Deborah Tofil  
                                                  Case Manager